UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Dennis M. Cavanaugh

v.     :     Crim. No. 12-720

RAHIM BRAXTON

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (James Donnelly, Special Assistant U.S. Attorney, appearing), and defendant Rahim Braxton (Ruth M. Liebesman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The case at bar involves allegation that defendant committed two separate armed carjackings and was engaged in a conspiracy with others to commit those carjackings;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 6 day of December, 2012,

ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from the date of this order through 60 days hence shall be excludable in computing the time under the Speedy Trial Act of 1974.

HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
JAMES DONNELLY
Special Assistant U.S. Attorney

_____
RUTH M. LIEBESMAN, ESQ.
Counsel for defendant RAHIM BRAXTON